**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 47.21.27.70**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Wyandanch, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/03/2018 04:17:08 | 5F2FC913EB55911A7C28523EA9854518E946EAA8 | 18 Year Old Models First Time Threesome |
| 09/23/2018 20:10:57 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 09/14/2018 06:49:13 | FFFEFE047007A635047F95A3615FA3138839FB57 | Lesbian Pillow Fight Fantasy |
| 09/02/2018 02:11:52 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 08/29/2018 04:39:57 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 08/29/2018 04:31:56 | E1A408B6B9451D29890A8B618B3B3E501C929AAF | My First Video Is A Threesome |
| 05/24/2018 10:42:16 | 826CEBC932822F60D2B2F4DC6B3D26BB82BDF70E | Afternoon Rendezvous |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

ENY141