UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MALIBU MEDIA, LLC,

          Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 47.21.27.70,

          Defendant.

Case No. 2:18-cv-06435-DRH-SIL

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 47.21.27.70. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019

Respectfully Submitted,

By: <u>/s/ Kevin T. Conway, Esq.</u>
Kevin T. Conway, Esq.
NY Bar No.: 2133304
80 Red Schoolhouse Road,
Suite 110
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                     By: /s/ *Kevin T. Conway*